UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-21408-CIV-O'SULLIVAN
[CONSENT]

ODALYS PEREZ and others similarly-
situated,
    Plaintiffs,

v.

PALERMO SEAFOOD, INC., a Florida
corporation d/b/a Fico Key West Seafood,
and JUAN ZIEGGENHIRT, individually,
    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came on for trial before the Court, and the issues having been duly tried, it is:

**ORDERED AND ADJUDGED** as follows:

1. For the reasons expressed in this Court's separate order entered today entitled *Findings of Facts and Conclusions of Law*, Judgment is hereby entered in favor of the plaintiff, Odalys Perez, and against the defendants, Palermo Seafood, Inc., d/b/a Fico Key West Seafood and Juan Zieggenhirt, jointly and severally. The plaintiff shall recover $11,546.40

2. , plus post-judgment interest, for which let execution issue;

3. Any motions for attorney's fees and costs in this action shall be filed pursuant to S.D. Fla. L.R. 7.3. The Court reserves jurisdiction to consider such motions;

4. All pending motions are **DENIED as moot**;

5. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **3rd** day of March, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record