UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-21408-CIV-O'SULLIVAN

[CONSENT]

ODALYS PEREZ and others similarly-situated,
    Plaintiffs,

v.

PALERMO SEAFOOD, INC., a Florida corporation d/b/a Fico Key West Seafood, and JUAN ZIEGGENHIRT, individually,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion to Amend Judgment and Request for Oral Argument (DE# 61, 3/6/08).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.

(Emphasis supplied). Additionally, on March 6, 2008, the Court issued an Order (DE# 62) which stated that "the defendants shall file their response to Plaintiff's Motion to Amend Judgment and Request for Oral Argument (DE# 61, 3/6/08) pursuant to the Local Rules." See Order (DE# 62, 3/6/08). Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendants shall file a response to Plaintiff's Motion to Amend Judgment and Request for Oral Argument (DE# 61, 3/6/08)

on or before **Tuesday, April 1, 2008**. The failure to file a response may result in an

Order granting the plaintiff's motion in its entirety.

      DONE AND ORDERED in Chambers at Miami, Florida this **25th** day of March, 2008.

                                                  JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record