UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-21408-CIV-O'SULLIVAN
[CONSENT]

ODALYS PEREZ and others similarly-situated,
    Plaintiffs,

v.

PALERMO SEAFOOD, INC., a Florida corporation d/b/a Fico Key West Seafood, and JUAN ZIEGGENHIRT, individually,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Attorney's Fees (DE# 69 5/21/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

(S.D. Fla. L.R. 7.1(c)). (Emphasis supplied). Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendants shall file a response to Plaintiff's Motion for Attorney's Fees (DE# 69 5/21/08) on or before **Wednesday, June 25, 2008**. The failure to file a response may result in an Order granting the motion in its entirety.

DONE AND ORDERED in Chambers at Miami, Florida this **11th** day of June, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record